Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL GENE BRAZEE

CASE NO. 13-10018-RLJ-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 1617 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   3/8/2013   Orig. Time:   11:00 AM       Reset Date:          Reset Time:

B. Meeting Results:   Not Held

C. Debtor(s):   Debtor 1 Did Not Appear

D. Attorney for Debtor(s):   Appeared

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of       3/8/2013   $0.00     First Payment Due Date:   3/6/2013

G. File Trustee's Motion to Dismiss because   Debtor failed to appear at creditors meeting.

H. B22C Information:       B22C Form is:     Complete

   Budgeted Income:   $4,178.90   Expense:   $3,329.90   Surplus:   $849.00

   Plan Payment:   $849.00   Monthly                     Plan Term(Months):   36

I. Value of Non-Exempt Property:     $0.00   Proposed Amount to Unsecured Creditors:     $0.00

   X   Objection to Exemption of:   Exempts multiple vehicles Fed (d)(2) for single debtor

   ___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ___   Object to Invoke Stay Pleading

   ___   Case Converted from Chapter 7, Bar Date Set:   6/6/2013   Date Converted from Chapter 7:

J. Required Information:   DSO Affidavit

K. Business Information:

L. Object to Confirmation:   Yes

   Exemptions: multiple vehicles exempted for single debtor under Fed (d)(2) motor vehicle category
   Sch B lists 1995 tracker & Trike Bike as one value
   Feasibility until non-exempt property figure can determined
   Sch J fails to list direct payment 95 Tracker & Trike Bike
   Plan provides FNB Anson's 96 Tahoe $6,874.13 claim as under secured & direct
   Plan fails to provide for FNB Anson's $1,242.65 secured claim
   Plan fails to provide for FNB Anson's $226.50 secured claim
   Feasibility until all claims are properly treated
   22c fails to include all income sources
   Sch I fails to include all income sources
   Debt servicing 95 Tracker & trike bike loan at detriment to unsecured creditors
   Failure to include all disposable income

M. Financial Management Class:   Debtor 1 Did Not Appear

N. Eligibility:

   Certificate of Credit Counseling Filed:   Debtor 1 Only

   Credit Counseling Provider Approved:                     Yes

   Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):       No

O. Domestic Support Obligation:       $0.00   Current:       Arrears:       $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   Mr. Brazee will be responsible for getting FMC on his own & at his own expense since he did not appear.
              MTD
                 -DSO Affidavit

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

Questions
- Why did Trisha Brazee decide not to file?
  - Married, separated, divorced? SOFA 16 is blank, but tax returns show married & 3 kids.
  - Where are children minor children if Mr does not owe a DSO Obligation?
    - Verbal or court ordered support?
- Sch C exempts multiple vehicles for single debtor under Fed (d)(2) motor vehicle category.
  - Objection will be filed on or before 4/5/2013
- Sch B lists 1995 tracker & Trike Bike as one value.
- Feasibility until non-exempt property figure can determined.
- Sch J fails to list direct payment 95 Tracker & Trike Bike
- Plan provides FNB Anson's 96 Tahoe $6,874.13 claim as under secured & direct
- Plan fails to provide for FNB Anson's $1,242.65 secured claim
- Plan fails to provide for FNB Anson's $226.50 secured claim
- Feasibility until all claims are properly treated.
- Plan is proposed 100% so acknowledgement will cure disposable income objections
  - Correct MTD; Amd Sch B, C, & J; treat secured claims; & acknowledge 100% as proposed
- 22c fails to include all income sources
  - Mr's only income sources were $830 net SS & $3,244 gross VA disability?
  - Mr's VA income was last verified 3/1/2003 10 years ago.
  - Spouse has not been in or contributed to household?
- Sch I fails to include all income sources
  - Mr's only income sources are $830 net SS & $3,244 gross VA disability?
  - Mr's VA income was last verified 3/1/2003 10 years ago.
  - Spouse is not contributing to household?
- Debt servicing 95 Tracker & trike bike loan at detriment to unsecured creditors
  - 96 Tahoe is already financed so how are 95 Tracker & Trike Bike necessary?
- Failure to include all disposable income

Dated:    3/8/2013                                    /s/ Walter O'Cheskey

                                                     Standing Bankruptcy Trustee
                                                     By:       Brent Hagan

| Case Number: | | 13-10018 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | Brazee | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Brent Hagan | | | | |
| Calculation Date: | | | | | | 3/7/2013 14:19 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Cascade | $10,000.00 | 6.00% | 20 | $526.66 | $10,533.29 |
| FNB Anson - $1,242.65 not provided for | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| FNB Anson - $226.50 not provided for | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $57.60 | | | | $57.60 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,176.00 | | | |
| Less Noticing Fees | $57.60 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $15,238.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $15,290.14 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $30,564.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $15,273.86 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008

Proposed 100%